DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY STEPHEN MUMFORD,**
Appellant,

v.

**BRIGIDA GABRIELA MUMFORD,**
Appellee.

No. 4D16-488

[July 27, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Laurie E. Buchanan, Judge; L.T. Case No. 14-000636-DR.

Bard D. Rockenbach and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and L. Lisa Batts, Stuart Law Group, P.A., Stuart, for appellant.

Cynthia L. Green of Law Offices Greene Smith & Associates, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***